UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STRIKE 3 HOLDINGS, LLC,

      Plaintiff,                                           Case No. 23- 10297

v                                                         HON. MARK A. GOLDSMITH

JOHN DOE subscriber assigned IP
address 24.127.193.58,

      Defendant.
_____/

## ORDER OF DISMISSAL

On May 1, 2023, Plaintiff filed a notice of voluntary dismissal (Dkt. 7). Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure provides that a "plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Rule 41 also states that "[u]nless the notice or stipulation states otherwise, the dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(B). Accordingly, the Court hereby orders the instant action dismissed without prejudice.

SO ORDERED.

Dated: May 8, 2023                                                     s/Mark A. Goldsmith
   Detroit, Michigan                                          MARK A. GOLDSMITH
                                                                United States District Judge